**PHILLIPS DAYES LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 258-8900
minute_entries@phillipslaw.com

TREY DAYES (AZ Bar # 020805)
treyd@phillipslaw.com
DAWN M. SAUER (AZ Bar # 030271)
dawns@phillipsdayeslaw.com
JOHN L. COLLINS (AZ Bar # 030351)
johnc@phillipsdayeslaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES SUMMERS, a married man,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DRIGGS TITLE AGENCY, INC., an Arizona Corporation,<br><br>　　　　　Defendant.<br><br>　　　　　Defendants. | Case No.: **2:13-cv-02308-MEA**<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26(A)(1) DISCLOSURE STATEMENT** |

　　　　Pursuant to Rule 5.2, LRCiv., Plaintiff gives notice that it served its Initial Disclosure Statement as required by Fed. R. Civ. P. 26(a)(1) on January 29, 2014.

Dated:  January 29, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**PHILLIPS DAYES LAW GROUP**

       /s/ Dawn Sauer
Dawn M Sauer
dawns@phillipsdayeslaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically transmitted the attached documents to the clerk's office using the CM/ECF system for filling. I hereby certify that a true and correct copy of the foregoing was served via electronic and first-class mail upon this same date to:

Robert D. Haws, Esq.                rhaws@gustlaw.com
Shelby M. Lile, Esq.                slile@gustlaw.com
**GUST ROSENFELD P.L.C.**
One E. Washington, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendants*

By  /s/ Nasser Abujbarah
    Nasser Abujbarah
    Paralegal to Dawn M. Sauer