# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Summers,<br><br>    Plaintiff,<br><br>v.<br><br>Driggs Title Agency Incorporated,<br><br>    Defendant. | No. CV-13-02308-PHX-MEA<br><br>**ORDER** |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction, including the entry of final judgment. Pursuant to the stipulation of the parties at Doc. 27,

**IT IS ORDERED that** this matter is **dismissed with prejudice**. Each party shall bear its own attorney's fees and costs. The Clerk of the Court shall close the docket in this case.

Dated this 24th day of April, 2014.

_____
Mark E. Aspey
United States Magistrate Judge